# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KHADEEJAH HASAN,**

        Plaintiff,

    -vs-                                       Case No. 09-C-357

**CITY OF MILWAUKEE and
FRANK SALINSKY,**

        Defendants.

## CONTEMPT ORDER

On January 3, 2011, this Court issued an Order to Show Cause to witnesses Kimi Grace, Darnell Daniels, Venturia Daniels and Caprecious McClain inquiring why they should not be held in contempt for disobeying a subpoena and failing to appear at the Offices of the City Attorney on September 14 or 15, 2010. All four witnesses, after being duly served with this Order have failed to appear before this Court. In addition, extraordinary efforts were made by counsels in this case to induce said witnesses to comply. They have failed to do so.

Because of the witnesses' failure to obey the Orders of this Court, and because of their failure to respond to measures taken by counsels in this case to obey the Court's Order, said witnesses are found to be **IN CONTEMPT OF THIS COURT** and are now subject to arrest for purposes of being brought before this Court.

Said witnesses, Kimi Grace, Darnell Daniels, Venturia Daniels and Caprecious McClain can purge themselves of their contempt by appearing at the Office of the City Attorney at 841 N. Broadway St. (7th Floor), Milwaukee, Wisconsin, on June 2, 2011 at 9:00 A.M.

**Failure to appear voluntarily at the time and place indicated will result in the issuance of arrest warrants so that the Order of this Court can be enforced.**

Dated at Milwaukee, Wisconsin, this 10th day of May, 2011.

                        **BY THE COURT**

                        *s/ Rudolph T. Randa*
                        **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**